IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JOHN MARTIN,

      Plaintiff,

v.

ELI LILLY AND COMPANY,

      Defendant.
------------------------------------------------------------ x

Civil Action No.: 1:04-cv-4159-JBW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(ii), all parties herein, through their designated counsel, hereby stipulate that the above captioned action is hereby dismissed with prejudice with each party to bear its own costs.

PARKER & WAICHMAN LLP
Attorneys for Plaintiff

_____
Jason Mark, Esq.
A Member of the Firm

Dated: September 11, 2006

PEPPER HAMILTON LLP
Attorneys for Defendant

_____
George A. Lehner, Esq.
A Member of the Firm

Dated: September 18, 2006